**HUNTER PYLE, SBN 191125**
Law Offices of Hunter Pyle
1330 Broadway, Suite 1839
Oakland, CA 94612
Telephone: 510.663.9240
Telefax: 510.663.9241

Attorneys for Plaintiffs
KANEEZ ZAIDI, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANEEZ ZAIDI, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., <br><br> Defendants. | Case No.: C 03 4828 SBA <br><br> **PETITON AND [PROPOSED] ORDER FOR GUARDIAN AD LITEM-JUSTIN TRETBAR, JORDAN TRETBAR, KALEEM ZAIDI, KHALIL ZAIDI** |

Petitioner states as follows:

1. I, Juliet Zaidi, am the grandmother of the following minors:

    Justin Tretbar, who is eleven years old;

    Jordan Tretbar, who is nine years old;

    Kaleem Zaidi, who is seven years old; and

    Khalil Zaidi, who is five years old; and

2. The action in this court against THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., was commenced on October 28, 2003, for violation of civil rights, emotional distress, and damages.

3. No previous petition for appointment of a guardian ad litem has been filed in this matter.

**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM**
-1-

4. I, Juliet Zaidi, whose address is 1957 Cartlen Drive, Placentia, California, am a competent and responsible person, and fully competent to act as guardian ad litem for Justin Tretbar, Jordan Tretbar, Kaleem Zaidi, and Khalil Zaidi.

5. I, Juliet Zaidi, am willing to act as guardian ad litem for Justin Tretbar, Jordan Tretbar, Kaleem Zaidi, and Khalil Zaidi., as appears by my consent attached hereto.

WHEREFORE, petitioner, Juliet Zaidi, moves the court for an order appointing petitioner as guardian ad litem for Justin Tretbar, Jordan Tretbar, Kaleem Zaidi, and Khalil Zaidi for the purpose of bringing the action against THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et. al., on the claim hereinabove stated.

Dated: February 12, 2004    LAW OFFICE OF HUNTER PYLE

By: /S/_____
    Hunter Pyle

Attorneys for Plaintiffs
KANEEZ ZAIDI, et al.

CONSENT OF NOMINEE

I, Juliet Zaidi, petitioner, consent to act as guardian ad litem for Justin Tretbar in the above action.

Dated: February 12, 2004

By: /S/_____
    Juliet Zaidi

ORDER

The petition for an order appointing Juliet Zaidi as guardian ad litem for Justin Tretbar, Jordan Tretbar, Kaleem Zaidi, and Khalil Zaidi.is GRANTED.

Dated: _____

By: _____
United States District Judge

**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM**
-3-