**PATTON ♦ WOLAN ♦ BOXER**

ROGER W. PATTON
STEVEN C. WOLAN
LAWRENCE A. BOXER

1814 FRANKLIN STREET, SUITE 501
OAKLAND, CALIFORNIA 94612-3438
(510) 987-7500 • FAX (510) 987-7575

ANDREA S. CARLISE
MAUREEN M. DUFFY
JESPER I. RASMUSSEN

June 24, 2005

*Via U.S. Mail and e-filing*
Magistrate Judge Bernard Zimmerman
USDC, Northern District of CA
450 Golden Gate Ave.
San Francisco, CA 94102-3483

    Re:    *Zaidi v. The Regents, et al.*
            USDC Case No: CV 03-4828 SBA
            Our File No.: 03-5337

Dear Judge Zimmerman:

    The parties were notified via e-filing that there would be a Settlement Conference before you on June 30, 2005 at 9:00 a.m. We had a Settlement Conference with Magistrate Judge Larson on May 31, 2005, which was unsuccessful. The trial date of June 27, 2005 was vacated when Ms. Zaidi presented a medical excuse from her doctor indicating that she was pregnant and unable to travel for trial.

    On June 23, Ms. Zaidi called and left a message inquiring why we were scheduled to attend a second settlement conference when no progress had been made at the first. Ms. Zaidi is under medical restriction limiting her ability to travel during the final months of her pregnancy, which caused the vacating of the trial. She has indicated to the court that her baby is due in mid-August. Additionally, I have spoken with Hunter Pyle, who represents the remaining minor defendant Jacob Zaidi. He concurs that in light of the last settlement conference with Magistrate Judge Larson, another settlement conference would be fruitless.

    Therefore, on behalf of all the parties and their counsel it is respectfully requested that the settlement conference currently scheduled for June 30, 2005 at 9:00 a.m. be dropped from the calendar.

Very truly yours,

PATTON ♦ WOLAN ♦ BOXER

Steven C. Wolan

SCW:bj
cc: Judge Sandra Brown Armstrong
    Hunter Pyle
    Kaneez Zaidi