| | |
|---|---|
| 1 | **HUNTER PYLE, SBN 191125**<br>SUNDEEN SALINAS & PYLE |
| 2 | 1330 Broadway, Suite 1830<br>Oakland, CA 94612 |
| 3 | Telephone: 510.663.9240<br>Telefax: 510.663.9241 |
| 4 | |
| 5 | Attorneys for Plaintiffs<br>KAHLIL ZAIDI, et al. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| KANEEZ ZAIDI, et al., | Case No.: C 03 4828 SBA |
|---|---|
| Plaintiffs, | **PLAINTIFF KAHLIL ZAIDI'S LIST OF WITNESSES** |
| vs. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., | Date: December 19, 2005<br>Time: 8:30 a.m.<br>Ctrm: 3<br>Judge: Hon. Saundra Brown Armstrong |
| Defendants. | |

Plaintiff Kahlil Zaidi (also known as Jacob) submits the following witness list in anticipation of the trial set for December 19, 2005:

Juliet Zaidi

Justin Tretbar

Jordan Tretbar

Kaleem Zaidi

Khalil Zaidi

Kaneez Zaidi

Joann LNU (secretary at daycare)

---

**PLAINTIFF KAHLIL ZAIDI'S PLAINTIFF KAHLIL ZAIDI'S LIST OF WITNESSES**
C 03 4828 SBA
-1-

1     Each of these individuals is a percipient witness to the facts underlying this case.

2     Plaintiff also designates all witnesses identified by defendants and other plaintiffs in this matter.

4 Dated: October 12, 2005            SUNDEEN SALINAS & PYLE

                                             By:_____
                                                  Hunter Pyle

                                             Attorneys for Plaintiff
                                             KAHLIL ZAIDI