IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANEEZ ZAIDI, et al., | No. C 03-4828 SBA |
| Plaintiffs, | |
| v. | JUDGMENT |
| THE REGENTS OF CALIFORNIA, et al., | |
| Defendants. | |

In accordance with the unanimous jury verdict rendered in the above-referenced matter on December 23, 2005,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendants on all of Plaintiffs' claims for relief. All matters calendared in this action are VACATED. The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated:  1-3-06

SAUNDRA BROWN ARMSTRONG
United States District Judge



JAN - 5 2006

Entered on Civil Docket

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Zaidi et al,

        Plaintiff,

v.

The Regents of the University of California et al,

        Defendant.
_____/

Case Number: CV03-04828 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 4, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hunter Pyle
Sundeen Salinas Romell & Pyle
1330 Broadway, Suite 1830
Oakland, CA 94612

Juliet Zaidi
1957 Carten Drive
Placentia, CA 92870

Kaneez Zaidi
1957 Carlten Drive
Placentia, CA 92870

Maureen M. Duffy
Patton Wolan Boxer
1814 Franklin Street
Suite 501
Oakland, CA 94612-3438

Robert D. Reiter
Office of the County Counsel
1221 Oak Street, Suite 450
Oakland, CA 94612

Steven C. Wolan
Patton Wolan Boxer

1814 Franklin Street
Suite 501
Oakland, CA 94612

Dated: January 4, 2006

                                        Richard W. Wieking, Clerk
                                        By: LISA R CLARK, Deputy Clerk